PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Roger E. Borg, Bar No. 117765
rborg@pacifictrialattorneys.com
4100 Newport Place Dr., Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DREW HUNTAUSEN, individually and on behalf of all persons similarly situated,

Plaintiff,

v.

CROCS RETAIL, LLC, a Colorado limited liability company, d/b/a WWW.CROCS.COM;

Defendants.

Case No. Case No. 2:25-cv-04199-AH-AJR
Judge: Honorable Anne Hwang

**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION**

Complaint Filed: April 3, 2025
Removed: May 9, 2025
Trial date: None

TO THE COURT AND ALL PARTIES:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Drew Hunthausen ("Plaintiff") and Defendant Crocs Retail, LLC, stipulate for the dismissal of this action, *with prejudice* as to Plaintiff's individual claims, and *without prejudice* as to the putative class in the above-entitled action. Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED

Respectfully submitted,

Dated: August 25, 2026

**PACIFIC TRIAL ATTORNEYS, APC**

By: *<u>/s/ Scott J. Ferrell</u>*
Scott J. Ferrell
Attorney for Plaintiff
DREW HUNTHAUSEN

Dated: August 25, 2026

**WATSTEIN TEREPKA LLP**

By: *<u>/s/ Nathaniel Haas</u>*
Nathaniel Haas
Attorneys for Defendant
CROCS RETAIL, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2026, I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell